# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, | Case No. 1:97-cr-00094 |
| Plaintiff, | |
| vs. | |
| James N. Leon Guerrero, | **CERTIFICATE OF SERVICE** |
| Defendant. | |

The following office(s)/individual(s) acknowledged receipt of the *USCA Judgment filed January 5, 2006*, on the dates indicated below:

*U.S. Attorney's Office*          *William Gavras*
*January 6, 2006*                  *January 6, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*USCA Judgment filed January 5, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 6, 2006                  /s/ Marilyn B. Alcon
                                        Deputy Clerk